UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   CV 20-7482 -KS                                                                 Date: June 7, 2022

Title    *Nehemiah Kong v. North Lake Avenue, LLC*

Present: The Honorable:    Karen L. Stevenson, United States Magistrate Judge

|  Gay Roberson  |  N/A  |
|---|---|
|  Deputy Clerk  |  Court Reporter / Recorder  |

Attorneys Present for Plaintiff:  N/A          Attorneys Present for Defendant:  N/A

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: DISMISSAL**

On February 25, 2022, the parties held a mediation via videoconference before an assigned panel mediator.  (Dkt. No. 43.)  On the same day, the panel mediator filed his report, which reflected that this case was fully settled.  (*Id.*)  Accordingly, on February 28, 2022, Plaintiff filed a Notice of Settlement and Request to Vacate All Currently Set Dates.  (Dkt. No. 44.)  In the Notice, Plaintiff stated that the Parties sought to avoid additional expenses while focusing their efforts on finalizing the terms of their settlement and reducing it to writing.  (*Id.*)  Plaintiff specifically requested that the Court "vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed."  (*Id.*)

On the same day, the Court granted Plaintiff's request and vacated all set deadlines "with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days," or April 29, 2022.  (Dkt. No. 45.)  More than a month has passed since the April 29, 2022 deadline for the parties to file a joint stipulation for dismissal, but they have not done so, and Plaintiff has made no further contact with the Court, save for two of Plaintiff's nine attorneys recently withdrawing from the case.  (Dkt. Nos. 46, 47.)

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, an action may be subject to involuntary dismissal if a plaintiff "fails to prosecute or to comply with these rules or a court order."  Fed. R. Civ. P. 41(b).  Accordingly, the Court could properly dismiss this action for Plaintiff's failure to comply with the Court's February 28, 2022 Order granting Plaintiff's request for sixty days to finalize the settlement.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-7482 -KS                                                    Date: June 7, 2022

Title        *Nehemiah Kong v. North Lake Avenue, LLC*

       Based upon the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE on or before June 20, 2022**, why this action should not be dismissed for failure to comply with court orders.  **Plaintiff may discharge this Order by filing:**

       (1)  A notice of voluntary dismissal;

       (2)  A joint stipulation for dismissal; or

       (3)  A signed statement under penalty of perjury explaining specifically why the parties have not complied with the Court's February 28, 2022 Order.

       **Plaintiff's failure to timely comply with this Order will result in the dismissal of this action.**


       **IT IS SO ORDERED.**

|                              |          :           |
|                              | **Initials of Preparer**    gr |