UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-7482-KS                                                    Date: April 13, 2023

Title   *Nehemiah Kong v. North Lake Avenue, LLC, et al.*

Present: The Honorable:   Karen L. Stevenson, Chief Magistrate Judge

|  Gay Roberson  |  N/A  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiff:  N/A          Attorneys Present for Defendant:  N/A

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE RE: ENTRY OF STIPULATED JUDGMENT (DKT. NO. 56)**

      The Court is in receipt of the Ex Parte Application for Entry of Stipulated Judgment, filed by Plaintiff on April 5, 2023 (dkt. no. 56 ("Application")), along with a declaration from Sara Johnson, counsel for Plaintiff (dkt. no. 56-1 ("Johnson Decl.")).  Plaintiff requests an order granting judgment in favor of Plaintiff and against Defendant North Lake Avenue, LLC ("Defendant"), in the amount of $13,748.90.  (*See* Application.)  This case was closed on June 20, 2022 pursuant to the parties' Joint Stipulation for Dismissal.  (Dkt. No. 51.)

      According to the Application, on March 16, 2022, the parties executed a Settlement Agreement to resolve the case.  (Johnson Decl., ¶ 2.)  On March 14, 2022, Defendant executed a Stipulation for Judgment to be filed if Defendant defaulted under the Settlement Agreement.  (*Id.*, ¶ 3.)  Under the Settlement Agreement, Defendant was obligated to pay the sum of $20,499.00 in two installments.  (*Id.*, ¶ 4.)  To date, Defendant has made one payment, amounting to $9,500.00, leaving an unpaid balance of $10,999.00.  (*Id.*, ¶ 7.)  Plaintiff seeks judgment in the amount of $13,748.90 ($10,999.00 (unpaid balance) + $1,500 (liquidated damages) + $1,249.90 (interest)).  (*Id.*, ¶ 8.)

/ /

/ /

/ /

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.   CV 20-7482-KS                                           Date: April 13, 2023

Title   *Nehemiah Kong v. North Lake Avenue, LLC, et al.*

    More than a week has passed since Plaintiff filed the Application and Defendant has not opposed or responded to the Application. Accordingly, Defendant is **ORDERED TO SHOW CAUSE on or before April 30, 2023**, why the Court should not grant the Application. **Defendant may discharge this Order by filing:**

(1) A signed statement, of no more than five (5) pages, under penalty of perjury explaining whether Defendant opposes the Application.

**Defendant's failure to timely comply with this Order will result in the entry of judgment in the amount of $13,748.90 against Defendant.**

    **IT IS SO ORDERED.**

                                                               **Initials of Preparer**   :  gr